Willie James JONES, Petitioner—
Appellant,

v.

Matthew B. HAMIDULLAH, Warden;
Henry Dargan McMaster, Attorney
General of South Carolina, Respon-
dents—Appellees.

No. 06–7370.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 21, 2006.

Decided: Dec. 1, 2006.

Willie James Jones, Appellant.

Before TRAXLER and DUNCAN,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Willie James Jones seeks to appeal the
district court's order dismissing his 28
U.S.C. § 2254 (2000) petition. We dismiss
the appeal for lack of jurisdiction because
the notice of appeal was not timely filed.
Parties are accorded thirty days after en-
try of the district court's final judgment or
order to note an appeal, Fed. R.App. P.
4(a)(1)(A), unless the district court extends
the appeal period under Fed. R.App. P.
4(a)(5), or reopens the appeal period under
Fed. R.App. P. 4(a)(6). This appeal period
is "mandatory and jurisdictional." *Brow-
der v. Dir., Dep't of Corr.*, 434 U.S. 257,
264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978)
(quoting *United States v. Robinson*, 361
U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259
(1960)).

The district court's order was entered
on the docket on December 6, 2005. The
notice of appeal was executed on June 14,
2006. The district court improperly au-
thorized Jones's belated notice of appeal,
as it was filed more than 180 days after
the entry of the district court's order. *See*
Fed. R.App. P. 4(a)(6)(B). Because Jones
failed to file a timely notice of appeal or to
timely obtain an extension or reopening of
the appeal period, we dismiss the appeal.
We dispense with oral argument because
the facts. and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED.*